IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Terrance S. Brown, | ) |
| | ) C/A No. 2:10-2229-SB |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| Justin Barrett Fogle; | ) |
| Kevin F. McDonald; | ) |
| Nick Bianchi, | ) |
| | ) |
| Defendants. | ) |

Plaintiff is a pretrial detainee at the Charleston County Detention Center who, proceeding *pro se*, filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By Order dated September 16, 2010, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**



Sol Blatt, Jr.
Senior United States District Judge

November _____1_____, 2010
Charleston, South Carolina